```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 07275
   GREGORY J CICCIA
   NANCY JO CICCIA                           CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-3377    SSN XXX-XX-8721
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/23/07 and confirmed on 06/22/07.

2. The case was converted to Chapter 7 after confirmation, 11/15/2007.

3. The Debtor paid a total of $ 3752.24 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| KEYBANK NATIONAL ASSOCIA | SECURED | .00 | .00 | .00 |
| WICKES | SECURED | 900.00 | .00 | 100.78 |
| GE MONEY BANK | UNSECURED | 3800.00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | SECURED | 400.00 | .00 | 40.78 |
| STERLING INC | SECURED | 200.00 | .00 | 40.78 |
| BENSENVILLE COMMUNITY CU | SECURED VEHIC | 36249.00 | .00 | 2861.68 |
| BECKET & LEE LLP | UNSECURED | 2919.40 | .00 | .00 |
| BENSENVILLE COMMUNITY CU | UNSECURED | 486.03 | .00 | .00 |
| BENSENVILLE COMMUNITY CU | UNSECURED | 570.88 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1542.11 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 4870.52 | .00 | .00 |
| CHASE BANK | UNSECURED | 3379.90 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 826.44 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4779.15 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10177.47 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 686.42 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 270.52 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 668.87 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 346.55 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1037.90 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3417.85 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 264.47 | .00 | .00 |
| BENSENVILLE COMMUNITY CU | UNSECURED | 10233.43 | .00 | .00 |

```
NEW CENTURY MORTGAGE       MORTGAGE ARRE       .00            .00          .00
STERLING INC               UNSECURED        243.76            .00          .00
WORLD FINANCIAL NETWORK    UNSECURED       2099.97            .00          .00
BENSENVILLE COMMUNITY CU   UNSECURED        753.00            .00          .00
      Summary of disbursements:
----------------------------------------------------------------------------------
                         SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      37749.00         .00     53374.64        .00     91123.64
PRINCIPAL PAID           3044.02         .00          .00        .00      3044.02
INTEREST PAID                .00         .00          .00        .00           .00
TOTAL PAID               3044.02         .00          .00        .00      3044.02
```

The Debtor's attorney, GREGORY J MARTUCCI              , was allowed $   2500.00
and was paid $   1500.00   direct and $    565.97   through the plan.

The Trustee received $    142.25 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/12/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE